UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUNG JAE HYUNG, DERIVATIVELY ON BEHALF OF EOS ENERGY ENTERPRISES, INC., <br><br> PLAINTIFF, <br><br> V. <br><br> JOSEPH MASTRANGELO, NATHAN KROEKER, RUSS STIDOLPH, JEFF BORNSTEIN, CLAUDE DEMBY, ALEX DIMITRIEF, AND MARIAN WALTERS, DEFENDANTS, <br><br> AND <br><br> EOS ENERGY ENTERPRISES, INC., NOMINAL DEFENDANT. | CASE NO. 2:24-CV-10305-MCA-LDW <br><br> STIPULATION FOR VOLUNTARY DISMISSAL AND PROPOSED ORDER |

Pursuant to Rules 23.1(c) and 41(a) of the Federal Rules of Civil Procedure, Plaintiff Jung Jae Hyung ("Plaintiff"), defendants Joseph Mastrangelo, Nathan Kroeker, Russ Stidolph, Jeff Bornstein, Claude Demby, Alex Dimitrief, And Marian Walters, (the "Individual Defendants"), and EOS Energy Enterprises, Inc., ("EOS" or the "Nominal Defendant," and together with the Individual Defendants, "Defendants," and Plaintiffs and Defendants collectively referred to herein as the "Parties") hereby submit this stipulation requesting that this Court dismiss the above-captioned action with prejudice as to Plaintiff and without prejudice as to all other EOS shareholders. The Parties state as follows:

WHEREAS, Plaintiff Jung Jae Hyung ("Plaintiff") commenced the above-captioned Action (the "Action") by filing a complaint (the "Complaint") against Defendants, asserting

derivative claims for breach of fiduciary duty, gross mismanagement, waste, unjust enrichment, aiding and abetting, and violation of Section 14(a) of the Securities Exchange Act of 1934;

WHEREAS, Defendants have executed Waivers of Service [ECF No. 3];

WHEREAS, pursuant to the Parties' Stipulation and the Court's Order [ECF No. 7], Defendants are not required to Answer or otherwise respond to the Complaint pending further Order of the Court;

WHEREAS, Plaintiff now wishes to voluntarily dismiss the Action with prejudice as to the Plaintiff and without prejudice as to all other EOS shareholders. Defendants do not oppose such dismissal.

WHEREAS, the Parties agree that each side shall bear its own costs and fees.

WHEREAS, Rule 23.1(c) of the Federal Rules of Civil Procedure provides that "[a] derivative action may be . . . voluntarily dismissed . . . only with the court's approval." The Parties propose that this stipulation of dismissal be entered with the Court's approval.

WHEREAS, further, the Parties suggest that notice need not be given to EOS' other shareholders because: (i) the dismissal is without prejudice to the ability of EOS shareholders other than Plaintiff, or EOS itself, to pursue the claims; (ii) there has been no settlement or compromise of this action; (iii) there has been no collusion among the parties; and (iv) neither Plaintiff nor Plaintiff's counsel have received or will receive directly or indirectly any consideration from Defendants for the dismissal and all parties shall bear their own fees and costs. *See, e.g., CE-1709 Midland Trail Shelbyville KY, LLC v. Redstone, LLC*, 2022 WL 22839794, at *3 (S.D. Fla. Nov. 18, 2022) (holding that notice requirement in Federal Rule of Civil Procedure 23.1(c) is excused in similar circumstances; collecting cases).

NOW, THEREFORE, the parties stipulate and agree, as follows:

1. This Action shall be dismissed without prejudice as to Plaintiffs, EOS, and/or any other EOS shareholder;

2. The Parties shall bear their own fees and costs in connection with the Derivative Action; and

3. Notice to shareholders of this stipulation of voluntary dismissal is not required under Federal Rule of Civil Procedure 23.1(c) because: (i) the dismissal is without prejudice to the ability of any EOS shareholder, or EOS itself, to pursue the claims; (ii) there has been no settlement or compromise of the Action; (iii) there has been no collusion among the Parties; and (iv) neither Plaintiffs nor their counsel have received or will receive directly or indirectly any consideration from Defendants for the dismissal.

Dated: June ___, 2025

Respectfully submitted,

**GAINEY McKENNA & EGLESTON**

_____
Barry Gainey, Esq.
375 Abbott Road
Paramus, NJ 07652
(t) (201) 225-9001
(f) (201) 225-9002
bgainey@gme-law.com

*Counsel for Plaintiff*

**WILMER CUTLER PICKERING HALE AND DORR LLP**

/s/ Timothy J. Perla
_____
Timothy J. Perla, Esq.
60 State Street
Boston, Massachusetts 02109
Tel: 617-5266000
timothy.perla@wilmerhale.com

*Attorney for Defendants and Nominal Defendant*

**IT IS SO ORDERED.**

   7/7/25
_____
DATED

_____
UNITED STATES DISTRICT JUDGE